

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| VIBRA REHABILITATION HOSPITAL OF EL PASO, LLC d/b/a HIGHLANDS | § | No. 08-23-00137-CV |
| REHABILITATION HOSPITAL, SABRA TEXAS HOLDINGS, L.P., | § | Appeal from the |
| and DIANA SCHULTZ, | § | 120th Judicial District Court |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC# 2022DCV2999) |
| RAMIRO ILLARRAMENDI, JR., | § | |
| Appellee. | § | |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes the trial court's order should be affirmed in part and reversed and remanded in part. The order of the trial court denying the motion to compel arbitration in regard to Sabra Texas Holdings, L.P. is affirmed. The portion of the trial court's order denying the motion to compel arbitration in regard to Highlands Rehabilitation Hospital and Diana Schultz is reversed and remanded to the trial court for further proceedings consistent with the opinion of this Court.

We further order that Highlands Rehabilitation Hospital and Diana Schultz recover from Ramiro Illarramendi, Jr. one-half of the costs of appeal, for which let execution issue. *See* Tex. R. App. P. 43.5. This decision shall be certified below for observance.

IT IS ORDERED THIS 17TH DAY OF MAY 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.
Palafox, J., concurring and dissenting in part